# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JASON de KOCK and ERIN de KOCK,

Debtors.

NO. 09-15415-TTG

DEBTORS' RESPONSE TO MOTION TO DISMISS

Comes now Debtors JASON de KOCK and ERIN de KOCK ("Debtors"), and by and through their attorney of record, hereby responds to the Motion to Dismiss brought by the Chapter 13 Trustee. The Debtors maintain that they intend to propose a Plan that is confirmable. They just need some additional time to determine whether they can now obtain a loan modification from their secured mortgage lender. The Debtors note that they have been making their plan payments since filing through payroll deductions. Through their counsel, Debtors had orally agreed to pre-confirmation disbursal to the mortgage creditors, but apparently that order was never entered and the trustee was holding all of the Debtors' funds. However, when the Debtors were made aware that the money was not being disbursed, they undertook to arrange for the Court to approve the disbursal. The Debtors simply need a little time to try to get a loan modification now that BAC Servicing has taken over the servicing of their mortgage loans, which were previously being serviced by Countrywide. The Debtors had been diligently trying to get a loan modification from Countrywide prior to filing, and had paid several thousand dollars to Countrywide as an advance payment, but they never got any further in the loan modification process.

DEBTORS' RESPONSE TO MOTION TO DISMISS - 1

LAW OFFICES OF MELISSA A. HUELSMAN, P.S.
705 Second Avenue, Suite 1050
Seattle, WA 98104
206/447-0103  Fax 206/447-0115

DATED this 5th day of May 2010.

                      LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

                      By    Melissa A. Huelsman   /s/
                      Melissa A. Huelsman, WSBA #30935
                      Attorney for Debtors