Judge: Thomas T. Glover
Chapter: 13
Hearing Date: May 12, 2010
Hearing Time: 9:30 a.m.
Hearing Location:
    Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville, WA 98270
Response Date: May 05, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JASON M DE KOCK and

ERIN E DE KOCK,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 09-15415-TTG

ORDER DENYING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

THIS MATTER came before the Court upon the Chapter 13 Trustee's motion to dismiss case. For the reasons stated on the record, it is

ORDERED that

1.     The Chapter 13 Trustee's motion to dismiss this case is denied without prejudice; and

2.     If the debtor is unable to file a feasible plan, the Trustee may file another motion to dismiss on or after September 1, 2010.

_/s/ Thomas T. Glover_
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

ORDER DENYING TRUSTEE'S MOTION
TO DISMISS CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282